# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

LOUIS P. ALBENGA,

    Plaintiff,

v.                              **CASE NO**: 2:08-cv-380-UA-SPC

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## **O R D E R**

**THIS CAUSE** came on for consideration upon the Report and Recommendation entered by United States Magistrate Judge Sheri Polster Chappell on May 31, 2009, and filed at docket 26 on June 1, 2009, in which she recommends that the decision of the Defendant Commissioner be affirmed. The Court notes that neither party has filed written objections to the Report and Recommendation and the time for filing such objections has expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects and made a part of this order for all purposes because the Court is satisfied there is no clear error on the face of the record, specifically

those parts of the record cited by the Magistrate Judge in support of her decision, precluding acceptance of the recommendation. See Macort v. Prem, Inc., 208 Fed.Appx. 781, 784 (11th Cir. 2006) (and cases cited).

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1) The Report and Recommendation of the Magistrate Judge is **adopted, confirmed, and approved** in all respects and is made a part of this order for all purposes, including appellate review.

2) The decision of the Defendant Commissioner is **affirmed**.

3) The clerk is directed to enter judgment in favor of the Defendant, term any pending motions/deadlines, and to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida, on June 19, 2009.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Magistrate Judge Sheri Polster Chappell
Counsel of Record